**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Renee D. Daniel,**

                        *Plaintiff*,        Case No. 3:18-cv-012

v.

                                          District Judge Thomas M. Rose

**Commissioner of Social Security,**        Magistrate Judge Sharon Ovington

                        *Defendant*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 14), OVERRULING DEFENDANT'S OBJECTIONS (ECF 15), AFFIRMING THE ALJ'S SEPTEMBER 21, 2017 DECISION DENYING PLAINTIFF'S APPLICATION FOR BENEFITS AND TERMINATING CASE.**

---

This matter comes before the Court pursuant to Objections (ECF 15) to the Report and Recommendations of Magistrate Judge Sharon Ovington (ECF 14) recommending that the ALJ's decision denying Plaintiff's application for benefits be affirmed and that case be terminated.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (ECF 15) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (ECF 14) in its entirety. The ALJ's decision denying Plaintiff's application for benefits are hereby **AFFIRMED**. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Thursday, April 25, 2019.

                                        **s/THOMAS M. ROSE**

                                        _____

                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE