# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Renee D. Daniel )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security )<br>*Defendant* ) | Civil Action No. 3:18-cv-12 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Court ADOPTS the Report and Recommendations in its entirety; ALJ's decision denying Plaintiff's application for benefits are hereby AFFIRMED. The instant case is TERMINATED on the docket of the United States District Court for the _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Report and Recommendations

Date: 4/26/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk